UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, CHARLTON LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD, : : : : | Case No. 1:21-cv-11025-AJN  **NOTICE OF ENTRY** |
| Plaintiffs, : | |
| -- against -- : | |
| DOES 1-10, d/b/a **Israeli-tv.com**, : | |
| Defendants. : | |

----------------------------------------- x

PLEASE TAKE NOTICE that the within DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER dated April 26, 2022, was duly entered on the same day in the office of the Clerk of the U.S. District Court, Southern District of New York, by ECF.

Dated: New York, New York
    May 10, 2022

                                        KAUFMAN & KAHN, LLP

                                        By: _____
                                        Mark S. Kaufman
                                        Attorneys for Plaintiffs
                                        10 Grand Central
                                        155 East 44th Street, 19th Floor
                                        New York, NY 10017
                                        Tel: (212) 293-5556
                                        Email: kaufman@kaufmankahn.com