# Kaufman & Kahn, LLP

June 9, 2022

<u>BY ECF</u>

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:     *United King Distribution v. Does 1-10, d/b/a Israel.tv, Israeli-tv.com and*
        *Sdarot.com* (21-cv-11024, -11025, and -11026)

To the Honorable Judge Failla:

We are attorneys for plaintiffs in the above-captioned case.  Thank you for filing the Order to Show Cause dated June 8, 2022 (the "OSC"), presently scheduled for oral argument on Friday, June 17, 2022 at 11 a.m. Unfortunately, I have an AAA arbitration hearing taking place on June 15 and 16, and my adversary believes it will run into June 17.  Plaintiffs respectfully request that the oral argument be re-scheduled for Monday, June 20, if the Court is so available. If possible, we do not want to adjourn for any longer than that, because each day that passes inures to the plaintiffs' detriment.

In any event, because we received the OSC yesterday evening and could not send it by overnight courier yesterday, please change the date by which the OSC is to be received by CloudFlare from today, June 9, to tomorrow, June 10.

Thank you for your consideration of this matter.

Respectfully submitted,

/S/ Mark S. Kaufman
Mark S. Kaufman

June 9, 2022
-- Page 2 --


Application DENIED, without prejudice to its renewal.  Plaintiff is advised
that due to the Court's trial calendar, the next available date to hold a
conference in this matter is the week of July 11, 2022.  Moreover,
Plaintiff's proposed date of June 20, 2022, conflicts with the District's
observance of the Juneteenth holiday.  If Plaintiff wishes to adjourn the
hearing that is presently scheduled for June 17, 2022, to that week in July,
it shall so inform the Court.

If Plaintiff intends to go forward with the hearing as presently scheduled,
the Court will deem service to be sufficient if the pertinent documents are
sent to Cloudflare via overnight mail at some point today, June 9, 2022.

The Clerk of Court is directed to terminate the pending motion at docket
entry 70.

Dated:      June 9, 2022              SO ORDERED.
            New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE